IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE DEL CASTILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF ELECTIONS,<br><br>    Defendant. | Case No. 19-cv-04561-CRB<br><br>**JUDGMENT** |

Having dismissed this case with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
CHARLES R. BREYER
United States District Judge